**Entered on Docket**
**September 21, 2011**

*Bruce A. Markell*
_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

_____

**TIFFANY & BOSCO, P.A.**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
**Attorney for Secured Creditor HSBC Bank USA, National Association, not in its individual capacity, but solely as Trustee on behalf of GSAA Home Equity Trust 2005-12.**
11-73645

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 11-22124-bam |
|---|---|
| Tyron M. Galistan | Date: 9/13/11<br>Time: 1:30 pm |
|  | Chapter 7 |
| Debtor. |  |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

above-entitled bankruptcy proceedings is vacated and extinguished for all purposes as to Secured

///

///

///

///

1  Creditor HSBC Bank USA, National Association, not in its individual capacity, but solely as Trustee on
2  behalf of GSAA Home Equity Trust 2005-12., its assignees and/or successors in interest, of the subject
3  property, generally described as 2120 Calville Street, Las Vegas, NV 89128.

Submitted by:

TIFFANY & BOSCO, P.A.

By: _____
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
**George Haines**
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____
**David A. Rosenberg**
Chapter 7 Trustee

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

____ The court has waived the requirements set forth in LR 9021(b)(1).

____ No party appeared at the hearing or filed an objection to the motion.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

____ approved the form of this order      ____ disapproved the form of this order

____ waived the right to review the order and/or      __X__ failed to respond to the document

____ appeared at the hearing, waived the right to review the order

____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

____ approved the form of this order      ____ disapproved the form of this order

____ waived the right to review the order and/or      __X__ failed to respond to the document

____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor